IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE MICHAEL HALSEY, AS ADMINISTRATOR OF THE ESTATE OF MARTHA JOSEPHINE HALSEY, DECEASED,<br><br>  Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. 3:11-cv-1092-MEF<br>(WO – Do Not Publish) |

**ORDER**

Before the Court is the Notice of Withdrawal of Motion for New Trial and Alternative Motion for Award of Costs (Doc. #72), which the Court construes as a motion to withdraw the aforesaid motions. Accordingly, it is hereby ORDERED that Plaintiff's motion to withdraw (Doc. #72) is GRANTED, and Plaintiff's Motion for New Trial (Doc. #66) and Alternative Motion for Award of Costs (Doc. #67) are WITHDRAWN and are no longer pending before the Court.

DONE this the 19th day of April, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE